**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| HANK DRAGER, individually and on behalf of all others similarly situated, | ) CLASS ACTION<br>)<br>) |
| Plaintiff, | ) Case No. 2010-cv-693<br>) |
| vs. | ) Judge Leinenweber<br>)<br>) Magistrate Valdez |
| ILLINOIS NATIONAL BANK | )<br>) |
| Defendant. | ) |

### PLAINTIFF'S MOTION TO DISMISS PURSUANT TO SETTLEMENT AGREEMENT

Plaintiff HANK DRAGER, by his counsel Kenneth M. DucDuong and Alex H. Burke, hereby moves the Court for dismissal the above entitled cause pursuant to the parties' settlement agreement. In support of this Motion, Plaintiff states as follows:

1.     The Plaintiff has settled and compromised her individual claims brought by him.

2.     The parties have executed stipulations to dismiss, which were filed with this Court.

3.     The Defendant has satisfied and fully performed the terms of the confidential settlement agreement, which was not filed with the Court per the terms of the parties' agreement.

4.     In light of the above facts, and in accordance to the terms and conditions of the settlement agreement and the stipulation, Plaintiff hereby requests that this Court dismiss, **with prejudice** and with each bearing its own costs, his individual claims against Defendant ILLINOIS NATIONAL BANK.

5.     Plaintiff requests that claims for his putative class action are dismissed **without**

- 3 -

**prejudice** and with each bearing its own costs.

WHEREFORE, Plaintiff HANK DRAGER respectfully requests the Court enter an

Order, as follows:

A.     Dismiss his individual claims against Defendant Illinois National Bank **with prejudice** and with each bearing its own costs;

B.     Dismiss his class claims against Defendant Illinois national Bank **without prejudice** and with each bearing its own costs;

C.     Strike the status hearing scheduled on September 30, 2010, and any other pending status hearings or motions, as moot; and

D.     Such and other relief as the Court deems proper and just.

Respectfully Submitted,

By: */s/Kenneth M. DucDuong*
     Kenneth M. DucDuong
     One of Plaintiff's Attorneys

*Counsel for Plaintiff*:

Kenneth M. DucDuong, Esq.
KMD LAW OFFICE
1055 W. Catalpa Ave. #216
Chicago, IL 60640
Tel.: 773-561-6587
Fax:  773-751-5065
Attorney No. 6286069 (IL)

Alexander Burke, Esq.
BURKE LAW OFFICES, LLC
155 N. Michigan Ave. #9020
Chicago, IL 60601
Tel.: 312.729.5288
Attorney No. 45086